DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ARNOLD GALMAN** and **GALMAN GROUP, LTD.**,
Appellants,

v.

**MARCY JAVOR,**
Appellee.

No. 4D2025-1098

[October 9, 2025]

Appeal of a nonfinal order from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; G. Joseph Curley Jr., Judge; L.T. Case No. 50-2024-CA-006378-XXXA-MB.

Stephen J. Padula and Joshua S. Widlansky of Padula Bennardo Levine, LLP, Boca Raton, for appellants.

Brian H. Koch of Holland & Knight LLP, Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, SHEPHERD and SHAW, JJ., concur.

\* \* \*

***Not final until disposition of timely-filed motion for rehearing.***